**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1062**

———————

OGUNGBEMI OMOJOLA DAVID YEWANDE,

Plaintiff - Appellant,

v.

SUPERINTENDENT; HR DIRECTOR, Winston-Salem Forsyth County Schools; BRENDA BOURNE, HR Director; BREE CHRISTENSEN, HR Director,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-00557-CCE-JLW)

———————

Submitted:  August 21, 2025                    Decided:  August 25, 2025

———————

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ogungbemi Omojola David Yewande, Appellant Pro Se.  Jonathan Teal Dickerson, THARRINGTON SMITH LLP, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ogungbemi Omojola David Yewande appeals the district court's order dismissing his complaint without prejudice under Fed. R. Civ. P. 4(m) for failure to effect service. We have reviewed the record and discern no abuse of discretion in the district court's decision. *See Attkisson v. Holder*, 925 F.3d 606, 627 (4th Cir. 2019) (providing standard of review). Accordingly, we affirm the district court's judgment. *Yewande v. Superintendent*, No. 1:24-cv-00557-CCE-JLW (M.D.N.C. Dec. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*

2